THE CHAPMAN SLATE COMPANY, APPELLANT, v. ELI SUTCLIFFE, RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee.

In the opinion of the General Term in this case questions of fact alone, are discussed.

*Shaw & Jeroloman*, for the appellant.

*O. D. M. Baker*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.

---

WILLIAM G. WATSON AND EDWARD J. WATSON, RESPONDENTS, v. THE WEED SEWING MACHINE COMPANY, APPELLANT.

IN this case the court reviewed the evidence, and, upon the whole case, thought justice would be best subserved by granting a new trial.

*Frederick A. Ward*, for the appellant.

*David Crawford*, for the respondents.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment reversed and new trial granted, costs to abide event.